IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02008-WYD-CBS

GREG STEIDINGER,

    Plaintiff,

v.

ATMEL CORP (CHRIS RATHER),

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Amend Scheduling Order (*doc. no. 20)* is **GRANTED**. The scheduling order is modified only as to the deposition schedule.

**DATED:**    March 4, 2008